**Order filed, October 08, 2014.**



In The

# Fourteenth Court of Appeals

———————————

## NO. 14-14-00691-CV

———————————

**NGOZI ORISAKWE IN HER CAPACITY AS PRESIDENT AND BOARD CHAIR OF UMUADA IGBO IN DISPORA USA, INC., HOUSTON CHAPTER; AND NGOZI ORISAKWE, INDIVIDUALLY, Appellant**

**V.**

**BRIDGET B. AKAZIE, AGNES OLOLO COMMY AWAGWU AND JANE DOE NOS. 1-20, Appellee**

### On Appeal from the 133rd District Court
### Harris County, Texas
### Trial Court Cause No. 2012-48440

## ORDER

The reporter's record in this case was due **September 22, 2014**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Darlene Stein**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM